



```
DES .HALI 0 06/30/2052 Corp    MSG Compose        DES .ATLA 0 07/29/2052 Corp  X   +                                         A  ::  ≡ Options  _  □  x
<  >  .ATLA 0 07/29/2052 Corp ▼ | DES ▼ | Related Functions Menu ≫
                                                                                                                             ✉ Message       ⟲ ▼  ? ▼
.ATLA 0 07/29/52  $Data Unavailable    See ALLQ <GO> for Sources

.ATLA 0 07/29/2052 Corp        Modify        Actions ▼                                                    Page 5/5   Security Description: Private
                   NOT CREATED BY BLOOMBERG                                      ⌐ No Notes
                   Pages            Identifiers
                   1) Security Info    ID              37961UAB8
                   12) Addtl Info      BB#             PPFY3PRU5
                   13) Schedules       FIGI            BBG01B0JT8J3
                   14) Coupons         CUSIP           37961UAB8
                   19) Identifiers     ISIN            UF37961UAB89
                                       Local Identifier   --




                   66) Send Security

                   Last updated by
                   JAKE BRIGHAM
                   10/12/2022



Suggested Functions   YAS  Get everything you need to price a bond                    CSHF  Understand a bond's stream of cash flows
```