**Ex. HH**

----- Forwarded Message -----
From: [ DO NOT REPLY ] <cusip_corp@cusip.com>
To: "SHAH@AMHSR.COM" <SHAH@AMHSR.COM>
Sent: Tuesday, May 17, 2022 at 08:50:37 AM EDT
Subject: Cusip Request 0517498032



Dear Client,

Your request for a CUSIP has been submitted successfully.
Your request number is 0517498032

Request Summary:
Name: SHAHNAWAZ MATHIAS
Company Name: HSRF STATUTORY TRUST
Issuer Legal Description: GLOBAL INFRASTRUCTURE FINANCE DEVELOPMENT AUTHORITY INC
Issue Description: Global Infrastructure Finance & Development Authority, Inc.

This/these CUSIP identifiers **WILL** be disseminated on CUSIP Global Services Products and services.

Customer Service:
Please contact us at 212-438-6500 with any questions regarding CUSIP identifier request.

