Ex. 11

--- Forwarded Message ---
From: "Shah Mathias" <shahmathias@yahoo.com>
To: "Mohammad Fayaz Khan" <mfayaz@bluerockaa.com>, "Mfayaz ." <mfayaz@amhsr.com>, "Robert Choiniere" <r.choiniere@gilda.com>, "Rob Choiniere" <r.choiniere@amerimetroinc.com>
Sent: Fri, Sep 27, 2024 at 9:32 PM
Subject: Fw: CUSIP NUMBER:37961Y AA2     ISIN NUMBER:US37961YAA29     Fw: CUSIP Confirmation: GLOBAL INFRASTRUCTURE FIN DEV AUTH INC

ok I called CUSIP

FILE IS ACTIVE FOR $4 B

**ISSUED**

below is cut and paste old email

CUSIP NUMBER: 37961Y AA2     ISIN NUMBER: US37961YAA29     Fw: CUSIP Confirmation: GLOBAL INFRASTRUCTURE FIN DEV AUTH INC

From: shah@amhsr.com <shah@amhsr.com>
Sent: Friday, September 16, 2022 4:03 PM
To: Torben Welch <twelch@messner.com>
Cc: "Leon ( THE DON ) Chartraw" <leon@tdaglobalsystems.com>; Todd Owen <todd@tdaglobalsystems.com>; Todd Owen <frogman.tao@gmail.com>; Todd Reynold <toddreynold@reagan.com>; Todd Owen <towen@tdaglobalsystems.com>
Subject: CUSIP NUMBER: 37961Y AA2 ISIN NUMBER: US37961YAA29 Fw: CUSIP Confirmation: GLOBAL INFRASTRUCTURE FIN DEV AUTH INC

[ EXTERNAL EMAIL ]

Man what way to end a week new ($34 B)
CUSIP NUMBER: 37961Y AA2     ISIN NUMBER:US37961YAA29