# Fw: Cusip Request 041255397

**From:** shahmathias@yahoo.com <shahmathias@yahoo.com>
**To:** Mde <mde@xbt.llc>
**Subject:** Fw: Cusip Request 041255397
**Date:** Saturday, February 07, 2026 11:02 AM
**Size:** 53 KB

3rd lot of info

----- Forwarded Message -----
**From:** shah . <shah@wedtba.com>
**To:** shahmathias@yahoo.com <shahmathias@yahoo.com>
**Cc:** twhite@rulonwhite.com <twhite@rulonwhite.com>
**Sent:** Monday, August 18, 2025 at 10:39:54 AM EDT
**Subject:** Fw: Cusip Request 041255397

Cusip went silent

application kingdom of Kuwait is 100% shareholder of the EnerTech Holding company kingdom of Kuwait is requesting CUSIP FOR THE BONDS for EnerTech Holding company

----- Forwarded Message -----
**From:** shah . <shah@wedtba.com>
**To:** shah@ameri.com <shah@ameri.com>
**Sent:** Monday, August 18, 2025 at 10:27:46 AM EDT
**Subject:** Fw: Cusip Request 041255397

----- Forwarded Message -----
**From:** shah . <shah@wedtba.com>
**To:** cusip_corp@cusip.com <cusip_corp@cusip.com>

**Sent:** Tuesday, April 15, 2025 at 12:52:12 PM EDT
**Subject:** Fw: Cusip Request 0412553973

To whom it may concern,

We want to be clear on the application kingdom of Kuwait is 100% shareholder of the EnerTech Holding company kingdom of Kuwait is requesting CUSIP FOR THE BONDS for EnerTech Holding company. Would be kind to let us know when you can issue cusip preference is 10 cusip number   starting 1) April 11th 2025 to April 11th, 2055    2) April 20th, 2025, to April 11th, 2055,   3) April 25th, 2025, to April 25th 2055 , 4)  April 30th , 2025, to April 30th 2025   5)  May 5th to mat 5th 20255   6) May 10th to mat 10th 20255 7) May 15th to mat 15th 20255 8) May 20th to MAY 20th 20255 9) May 25th to mat 25th 20255  10)  May 30th to mat 30th 20255

Issuer Legal Descripition: EnerTech Holding company
Issue Description: kingdom of Kuwait

----- Forwarded Message -----
**From:** shah . < shah@wedtba.com>
**To:** shah@amhsr.com>; shahmathias@yahoo.com <shahmathias@yahoo.com>
**Sent:** Saturday, April 12, 2025 at 08:56:03 PM EDT
**Subject:** Fw: Cusip Request 0412553973

----- Forwarded Message -----
**From:** [ DO NOT REPLY ] <cusip_corp@cusip.com>
**To:** "shah@wedtba.com" <shah@wedtba.com>
**Sent:** Saturday, April 12, 2025 at 04:32:54 PM EDT
**Subject:** Cusip Request 0412553973



Dear Client,

Your request for a CUSIP has been submitted successfully.
Your request number is 04 12553973

Request Summary:
Name: NAWAZ MATHIAS
Company Name: WORLD ECONOMIC DEVELOPMENT REGULATED TOKENIZATION BANKERS AHTHOR
Issuer Legal Description: EnerTech Holding company
Issue Description: kingdom of Kuwait

This/these CUSIP identifiers **WILL** be disseminated on CUSIP Global Services Products and services.

Customer Service:
Please contact us at 877-287-4737 with any questions regarding CUSIP identifier requests or send an email to one of the following addresses:

**U.S. Corporate/Government**
Corporate.Identifiers@CUSIP.com

**U.S. Municipal**
Municipal.Identifiers@CUSIP.com

**International**
Corporate.Identifiers@CUSIP.com

**Hedge Funds & Fund of Hedge Funds**
Corporate.Identifiers@CUSIP.com

**PPN Request**

Global.Identifiers@CUSIP.com
**LEI/CEI Request**
Entity.Identifiers@CUSIP.com

**CUSIP GLOBAL SERVICES**
Experience · Process
Technology · Innovation