# Fw: Cusip Request 0916623876

| | |
|---|---|
| **From:** | SHAH MATHIAS <shah@amhsr.com> |
| **Reply-To:** | SHAH MATHIAS <shah@amhsr.com> |
| **To:** | Mde <mde@xbt.llc> |
| **Subject:** | Fw: Cusip Request 0916623876 |
| **Date:** | Saturday, February 07, 2026 11:39 AM |
| **Size:** | 28 KB |

11th more to come

Shah Mathias
Founder /Merger and Acquisitions /Business Development

www.ameri-metro.com
Penndel Land Co.
(717)434-0668
FAX (717) 326 1118
shahmathias@yahoo.com
shah@penndellandco.com
shah@amhsr.com
HSR LOGISTICS
Smart shipping is Smart business

**Important Notice to Recipients:**

DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment Adviser. Sender makes no warranties or representations as to the Buyer, Seller or Transaction. Both parties declare that this e-mail is not intended for the buying, selling or trading of securities, or the offering of counsel or advice with respect to such activities. All due diligence is the responsibility of the the Recipient.

when and where applicable This E-mail and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. Insider Trading, The United States securities laws prohibit any person who has material, non-public information concerning the matters which may be discussed, presented or attached with this email from purchasing or selling securities of AMERI METRO, Inc. (and

----- Forwarded Message -----
**From:** [ DO NOT REPLY ] <cusip_corp@cusip.com>
**To:** "SHAH@AMHSR.COM" <SHAH@AMHSR.COM>
**Sent:** Friday, September 16, 2022 at 05:22:46 PM EDT
**Subject:** Cusip Request 0916623876



Dear Client,

Your request for a CUSIP has been submitted successfully.

Your request number is 0916623876

Request Summary:
Name: SHAH MATHIAS
Company Name: GLOBAL INFRASTRUCTURE FINANCE
Issuer Legal Description: Global Infrastructure Finance Development Authority Inc
Issue Description: Revenue Bond Maturi June 30, 2042, first coupon July 1, 202

This/these CUSIP identifiers **WILL** be disseminated on CUSIP Global Services Products and services.

options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances, in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities. You acknowledge that the contents and attachments of this email is Confidential Information which may include such material non-public information, that you, the Recipient, has compliance procedures regarding the use of material non-public information, and agree that you will handle such material as non-public information only in accordance with applicable law.



Customer Service: Please contact us at 212-438-6500 with any questions regarding CUSIP identifier request.