# Fw: Fw CUSIP

**From:** shahmathias@yahoo.com <shahmathias@yahoo.com>
**To:** Mde <mde@xbt.llc>
**Subject:** Fw: Fw CUSIP
**Date:** Saturday, February 07, 2026 11:03 AM
**Size:** 423 KB

Subject: Fw: Fw CUSIP
**Sent:** Sunday, February 2, 2025 at 11:46:05 PM EST
**To:** Robert Choiniere <r.choiniere@gifda.com>; Rob Choiniere <r.choiniere@amerimetroinc.com>
**From:** Shah Mathias <shahmathias@yahoo.com>
------ Forwarded Message ------

4th lot of information

Sincerely,

Shah Mathias

**CEO**

**HSR Technologies,Inc.**
**http://www.ameri-metro.com/**
(717)434-0668
FAX (717) 326 1118
shahmathias@yahoo.com
shah@penndellandco.com
shah@amhsr.com
HSR LOGISTICS

Smart shipping is Smart business.

Important Notice to Recipients:

DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment Adviser. Sender makes no warranties or representations as to the Buyer, Seller or Transaction. Both parties declare that this e-mail is not intended for the buying, selling or trading of

Hi, Mis Horn kindly see the attached many thanks for your help

Sincerely,

Shah Mathias

CEO

**HSR Technologies,Inc.**

**http://www.ameri-metro.com/**

(717)434-0668

FAX (717) 326 1118

shahmathias@yahoo.com

shah@penndellandco.com

shah@amhsr.com

HSR LOGISTICS

Smart shipping is Smart business.

------ Forwarded Message ------

**From:** Shah Mathias <shahmathias@yahoo.com>
**To:** joanne.horn@mail.house.gov <joanne.horn@mail.house.gov>
**Cc:** Rick Jones <rjones@umiusa.com>
**Sent:** Sunday, February 2, 2025 at 11:45:36 PM EST
**Subject:** Fw CUSIP

**Important Notice to Recipients:**

securities, or the offering of counsel or advice with respect to such activities. All due diligence is the responsibility of the the Recipient. when and where applicable This E-mail and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. Insider Trading. The United States securities laws prohibit any person who has material non-public information concerning the matters which may be discussed, presented or attached with this email from purchasing or selling securities of AMERI METRO, Inc (and options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities You acknowledge that the contents and attachments of this email is Confidential Information which may include such material non-public information. that you the Recipient, has compliance procedures regarding the use of material non-public information and agree that you will handle such material as non-public information only in accordance with applicable law

**GIFDA LETTER TO CONGRESSMAN .pdf** (286 KB)

DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment Adviser. Sender makes no warranties or representations as to the Buyer, Seller or Transaction. Both parties declare that this e-mail is not intended for the buying, selling or trading of securities, or the offering of counsel or advice with respect to such activities. All due diligence is the responsibility of the the Recipient.

when and where applicable This E-mail and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. Insider Trading. The United States securities laws prohibit any person who has material, non-public information concerning the matters which may be discussed, presented or attached with this email from purchasing or selling securities of AMERI METRO , Inc (and options, warrants and rights relating thereto) or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person (including, without limitation any of Recipient's Representatives) is likely to purchase or sell such securities. You acknowledge that the contents and attachments of this email is Confidential Information which may include such material non-public information, that you, the Recipient, has compliance procedures regarding the use of material non-public information, and agree that you will handle such material as non-public information only in accordance with applicable law