----- Forwarded Message -----
From: "mfayaz@amhsr.com" <mfayaz@amhsr.com>
To: "shah@amhsr.com" <shah@amhsr.com>; 'Rob Choiniere' <r.choiniere@amerimetroinc.com>
Cc: 'Frank Worrell' <fworrell@quickgroupllc.com>
Sent: Wednesday, October 16, 2024 at 01:50:07 AM EDT
Subject: FW: GIFDA Cusip 37961Y AE4 details for final verification.

Dear all,

Glade to confirm the Cusip is fully published and available on DTC, FINRA and SEC with DTC eligibility. I have successfully loaded the files in Bloomberg and will have the conference with their New Issuance and Liquidity Dept tomorrow midday. Hopefully will get this job done with the BB ticker.

**Kind Regards**

Mohammad Fayyaz Khan

Chairman of the Investment Board

Financial Securities (FI.Asset), Currency Hedging,

AUM – Cash Stmt Management, Sovereign Int'l Debt Re-Structure, Public Infrastructure & Strategic Projects, Centralized Treasury & Asset Management,

US Offices                              UK Office

Maryland, York PA, Wyoming WY    The Shard 2403

United States of America.            32 London Bridge Street