IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Global Infrastructure Finance and Development Authority Inc., Plaintiff, v. CUSIP Global Services and FactSet Research Systems Inc., Defendants. | **Case No. 1:26-CV-00495** **(Judge Neary)** **TABLE OF CONTENTS OF EXHIBITS TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

| Exhibit Number | Exhibit Name |
|---|---|
| 1 | Declaration of Jona Kim |
| 2 | Declaration of Gerard Faulkner |
| 3 | November 2024 G. Faulkner Email |
| 4 | December 2024 G. Faulkner Email |
| 5 | Fall 2025 Email Correspondence |
| 6 | First Boston Email |