# EXHIBIT 5

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Wednesday, October 22, 2025 2:43 PM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>; John Messer <jmesser@mlgfirm.com>; monica.nascimento@firstbostongroup.com; louis.king@firstbostongroup.com
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

Dear Mr. Mitnick,

Please find response sets to outstanding questions.

### Background

The entity formerly known as First Boston merged with Credit Suisse in 1988, forming Credit Suisse First Boston (CSFB), with the First Boston brand retired in 2006. A 2022 initiative to revive First Boston as an independent entity was abandoned following UBS's acquisition of Credit Suisse in June 2023. First Boston will serve as the introducing broker to UBS, acting as the broker-dealer /underwriter pursuant to Section 15 of the Securities Exchange Act of 1934, as amended, with the following registrations:

- **SEC** Registration: 8-45115
- **FINRA** Registration: CRD 7654
- **MSRB** Registration: CRD 7654 (no independent identifier)

First Boston, as the introducing broker, "scrivener's error" may exist; is duly qualified internationally, with physical documentation confirming clearance of funds by Swiss authorities.

### Preferred Approach

For tax purposes, GIFDA elects to proceed under Rule 144A of the Securities Act of 1933, as amended, which does not mandate an underwriter but requires assignment of a CUSIP and ISIN number.

### Comparative Example

GIFDA holds $500 million of a $3.5 billion EGX Bond issuance, a corporate debt security with CUSIP number U2540TAA4, issued by CGS. This holding was transferred to GIFDA's account via the DTCC DWAC process by STC, with full vetting by DTCC and Fidelity Investments. Documentation for the EGX Bond reveals no associated underwriter, bond counsel, or paying agent.

**Exhibit A**

### Inquiry

Please advise how CGS issued a CUSIP for the EGX Bond, yet declines to do so for the GIFDA Bond, notwithstanding GIFDA's submission of requisite documentation and prior issuance of a CUSIP and ISIN without objection. Kindly examine and provide a statutory analysis of the grounds for this disparity in treatment.

Look forward to a conclusive centered discussion.

Thanks,

/s/ Todd

**Todd A. White**

Managing Partner
Federal Government Affairs
Rulon & White Governance
Strategies et al LLC
1717 K Street NW, Suite #900
Washington, DC 20006
www.rulonwhite.com
(C) 202.709-7439
(F) 202.505-5405

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Oct 21, 2025, at 09:51, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,

Thanks for your email.  We will circulate a Teams invitation to the participants below.  As per our prior request, can you kindly provide us with information prior to the call regarding First Boston's MSRB, SEC and FINRA registrations as an underwriter in the US market?
Thanks

**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Monday, October 20, 2025 7:42 PM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>; John Messer <jmesser@mlgfirm.com>; monica.nascimento@firstbostongroup.com; louis.king@firstbostongroup.com
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

Dear Mr. Mittick:

This memorandum serves to confirm receipt of your response regarding the conference scheduled for Thursday, October 23, 2025, at 2:00 p.m. Eastern Standard Time. We hereby confirm the aforementioned time and date.

We anticipate a productive and constructive meeting.

The participants for the conference are as follows:

1. louis.king@firstbostongroup.com

2. [jmesser@mlgfirm.com](mailto:jmesser@mlgfirm.com)
3. [cmurphy@rlattorneys.com](mailto:cmurphy@rlattorneys.com)
4. [monica.nascimento@firstbostongroup.com](mailto:monica.nascimento@firstbostongroup.com)
5. [twhite@rulonwhite.com](mailto:twhite@rulonwhite.com)

Should you require any further information, please do not hesitate to contact us.

Thanks,

/s/ Todd White

**Todd A. White**

**Managing Partner**
**Federal Government Affairs**
**Rulon & White Governance**
**Strategies et al LLC**
**1717 K Street NW, Suite #900**
**Washington, DC 20006**
**www.rulonwhite.com**
**(C) 202.709-7439**
**(F) 202.505-5405**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Oct 14, 2025, at 14:47, Jeffrey Mitnick <[jeffrey.mitnick@factset.com](mailto:jeffrey.mitnick@factset.com)> wrote:

Dear Mr. White,
Thanks for your email.  We are available at either time on October 23rd.
Thanks

**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
[Jeffrey.mitnick@factset.com](mailto:Jeffrey.mitnick@factset.com)

---

**From:** Todd White <[twhite@rulonwhite.com](mailto:twhite@rulonwhite.com)>
**Sent:** Monday, October 13, 2025 8:00 AM
**To:** Jeffrey Mitnick <[jeffrey.mitnick@factset.com](mailto:jeffrey.mitnick@factset.com)>
**Cc:** Jona Kim <[jona.kim@factset.com](mailto:jona.kim@factset.com)>; [pierre.yared@cea.eop.gov](mailto:pierre.yared@cea.eop.gov); [r.choiniere@gifda.com](mailto:r.choiniere@gifda.com); [emily.c.aldmon@eop.who.gov](mailto:emily.c.aldmon@eop.who.gov); Christopher L. Murphy <[cmurphy@rlattorneys.com](mailto:cmurphy@rlattorneys.com)>; Howard Lutnick <[HWL.SECY@doc.gov](mailto:HWL.SECY@doc.gov)>; John Messer <[jmesser@mlgfirm.com](mailto:jmesser@mlgfirm.com)>; [monica.nascimento@firstbostongroup.com](mailto:monica.nascimento@firstbostongroup.com)
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

---

Dear Mr. Mitnick:

Thank you for your email regarding availability. Due to scheduling challenges on the proposed dates of October 16 and 17, 2025—arising from the participation of one to

three additional in-house bond counsel representatives with First Boston Global Custody and Trust Company—we respectfully propose alternative dates of **October 23 or 24, 2025,** at either **11:00 AM or 2:00 PM Eastern Standard Time.** These revised times will accommodate our parties and facilitate conclusive clarity on First Boston's MSRB, SEC, and FINRA registrations as a U.S. market underwriter.

Please confirm availability on the preferred revised dates forthwith.

Thanks,


/s/ Todd White



**Todd A. White**

Managing Partner
Federal Government Affairs
Rulon & White Governance
Strategies et al LLC
1717 K Street NW, Suite #900
Washington, DC 20006
www.rulonwhite.com
(C) 202.709-7439
(F) 202.505-5405

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Oct 8, 2025, at 18:52, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,

Thank you for getting back to us.  We don't have availability on Thursday or Friday this week at your proposed times.  We're available at your preferred times next Thursday (Oct.  16).  Please confirm that day works and we'll circulate an invite.

In the meantime, we'd appreciate Ms. Nascimento directing us to First Boston's MSRB, SEC and FINRA registrations as an underwriter in the US market.  Please provide this information as soon as possible before our next call.

Thanks


**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com


**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Tuesday, October 7, 2025 4:56 PM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>

**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>; John Messer <jmesser@mlgfirm.com>; monica.nascimento@firstbostongroup.com
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

---

Dear Mr. Mitnick:

Good Afternoon:

As a follow-up to the conferred recommendation by CGS/FactSet during our September 30, 2025, 2:00 PM Eastern Standard Time teleconference, which addressed questions pertaining to the inclusion of GIFDA's underwriter, First Boston Global Custody and Trust Company, GIFDA proposes scheduling the continued attorneys-teleconference on either Thursday, yet preferred on Friday, October 10, 2025, at either 10:00 AM or 11:00 AM Eastern Standard Time, to accommodate all participants' availability. Please feel free to establish the teleconference with the following attendees:

- **Christopher L. Murphy**, Esquire (General Counsel to GIFDA),

    cmurphy@rlattorneys.com

- **John Messer, Esquire** (External Bond Counsel), jmesser@mlgfirm.com

- **Monica Nascimento**, Esquire (Bond Counsel to First Boston Global Custody and Trust Company),

    monica.nascimento@firstbostongroup.com

- **Todd White** (Managing Partner, Rulon & White Governance Strategies,

    twhite@rulonwhite.com

Please confirm your availability and preferred time forthwith. GIFDA and First Boston Bond Counsel, anticipates productive engagement to finalize this matter.

Thank you,

/s/ Todd White



**Todd A. White**

Managing Partner
Federal Government Affairs
Rulon & White Governance
Strategies et al LLC
1717 K Street NW, Suite #900
Washington, DC 20006
www.rulonwhite.com
(C) 202.709-7439
(F) 202.505-5405

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Sep 29, 2025, at 16:58, Todd White <twhite@rulonwhite.com> wrote:

Dear Mr. Mitnick,

Thank you for your email. We affirmatively accept the proposed meeting tomorrow afternoon as a polite preventive pre-litigation measure to address this matter. In place of your assertion " the meeting cannot have any pre-meeting requirements. — We'll listen. Please find below the contact information for GIFDA's external legal counsel:

**POC:**

Christopher Murphy _ cmurphy@rlattorneys.com

Todd White            _ twhite@rulonwhite.com

Thank you.

/s/ Todd White

**Todd A. White**

Managing Partner
Federal Government Affairs
Rulon & White Governance
Strategies et al LLC
1717 K Street NW, Suite #900
Washington, DC 20006
www.rulonwhite.com
(C) 202.709-7439
(F) 202.505-5405

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Sep 29, 2025, at 15:52, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,

We are in receipt of your latest email.   As per our prior email, we are prepared to speak with you tomorrow afternoon, but the meeting cannot have any pre-meeting requirements.   If you are still interested in having this call, please provide the contact information for GIFDA's legal counsel, and we will circulate an invitation for tomorrow.  If we are not able to proceed with a call tomorrow with GIFDA's legal counsel, FactSet/CGS will not respond further to communications on this matter until counsel is retained.
Thank you.

**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Monday, September 29, 2025 8:00 AM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

Dear Mr. Mitnick:

Good morning.

In a constructive effort to resolve this protracted matter and dispel any perceived indifference toward GIFDA's legitimate application, we propose modifying the pre-meeting requirements outlined in our September 21, 2025 Pre-Meeting Memorandum. Specifically, GIFDA agrees to forgo the demand for prior written disclosure of denial grounds, provided the teleconference adheres to an agenda that facilitates immediate release  and approval of CUSIP Request ID: 0322850196. This modification is conditioned upon a mutual commitment to finalize the assignment during the call, thereby absolving delays and enabling DTC eligibility as evidenced by the appended Agreement Appointing Securities Transfer Corporation ("STC") as Transfer Agent and Registrar, dated November 8, 2024, and the DTC Blanket Issuer Letter of Representations, dated November 21, 2024. These documents affirm GIFDA's compliance with standard protocols for municipal revenue bonds, including transfer agent duties under the Trust Indenture Act of 1939 (15 U.S.C. §§ 77aaa–77bbbb) and MSRB Rule G-34, underscoring the absence of substantive barriers to CUSIP issuance.

To ensure efficiency, we reinsert the following modified agenda for a 30-minute teleconference, commencing at 2:00 PM Eastern Standard Time on September 30, 2025: (1) Affirmation of GIFDA's eligibility as a Section 501(c)(3) issuer of AA-rated municipal revenue bonds per the Master Trust Indenture dated March 6, 2025, with vacatur of the prior ineligibility determination; (2) Approval of CUSIP Request ID: 0322850196 for the Dauphin County Film Arts & Culture Revenue Bond, recognizing its role in market efficiency as per CGS guidelines; (3). Confirmation that appended STC and DTC documents satisfy all requirements; and (4). Stipulation of resolution with no further impediments, memorialized in a binding memorandum. This agenda aligns with precedents for nonprofit issuers, such as the California Health Facilities Financing Authority's large-scale hospital bonds, and addresses international underwriting norms exemplified by UK-based Insight Investment's management of US municipal bonds.

Your prior assertions regarding GIFDA's nonprofit status and private placement structure are refuted by MSRB

precedents, where CUSIPs are routinely assigned to 501(c)(3) revenue bonds—even for private sales—to enhance transparency and facilitate transitions to broader markets. Concerns over underwriter recognition and location are misplaced, as global firms like UK-headquartered Barclays and Deutsche Bank actively participate in US municipal issuances, with foreign ownership exceeding 3% of the market. Your contention that, even assuming municipal status, GIFDA's documents lack a recognized underwriter for an unusually large offering, and that CGS has never encountered a UK-based or non-US underwriter/placement manager for U.S. municipal bonds, is factually incorrect and lacks evidentiary support. The Indenture designates Estates and Infrastructure Exchange Limited ("EIX"), an UK-registered entity (Company No. 11798917) at 10 Queen Street Place, London, EC4R 1AG, as Bond Listing and Custody Agent, with First Boston Global Custody and Trust Company( Mr. Mohammad Fayaz Khan conferred this premise during recent July 30th 2025 conference calls) as underwriter/placement manager. International participation in U.S. municipal underwriting is commonplace: UK-based Insight Investment manages U.S. municipal bonds and provides capabilities in this sector, while foreign ownership of municipal bonds exceeds 2.9% (versus 28% for corporate debt). Global firms like Barclays (UK-headquartered) and Deutsche Bank (German) frequently underwrite U.S. municipal issuances, as evidenced by market analyses. GIFDA's private placement structure—commencing with institutional investors like Blue Rock Asia Africa Ltd.—mirrors standard transitions to CUSIP numbers in the United States are exclusively issued by CUSIP Global Services ("CGS"), acquired by FactSet Research Systems Inc. ("FactSet") in 2022—a New York Stock Exchange-listed entity headquartered in Norwalk, Connecticut, with distributed ownership among institutional investors (e.g., <u>Vanguard Fiduciary Trust Co. at 12.76%, BlackRock Advisors LLC at 8.90%), insiders, and public shareholders</u> which is concerning to stakeholders and observers accordingly.

The $40 billion tranche aligns with large nonprofit precedents, such as multi-billion issuances by entities like the New York City Municipal Water Finance Authority. The 1939 Act and Alabama resolutions (HJR 459, SJR 56) directly validate the Indenture's enforceability and legislative nexus for ATFI support.

Mr. Preiss's September 16, 2025 closure assertion remains inconsistent with ongoing dialogue, necessitating alignment herein. GIFDA anticipates constructive engagement to finalize this matter amicably.

Please confirm the agenda and initiate a start time forthwith.

Thank you,

/s/ Todd

**Todd A. White**

**Managing Partner**
**Federal Government Affairs**
**Rulon & White Governance**



**Strategies et al LLC**
**1717 K Street NW, Suite #900**
**Washington, DC 20006**
**www.rulonwhite.com**
**(C) 202.709-7439**
**(F) 202.505-5405**

**This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

External E-Mail

Anexure:
   1. Master Trust Indenture (dated March 6, 2025)

   2. Pre-Meeting Memorandum (dated September 21, 2025)

On Sep 26, 2025, at 12:39, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,

Thank you for your latest reply.  Unfortunately, we will not agree to the pre-meeting requirements outlined below.  We are still interested in continuing our discussion on this matter and we are available on September 30 at the times you have proposed.

We need GIFDA to fill in gaps in its CUSIP assignment applications for there to be any reconsideration of the applications.  Documentation submitted by GIFDA describes it as a non-profit corporation.  GIFDA's applications were rejected because CUSIPs are not needed for private sale of bonds.   In addition, even if we were to assume GIFDA's municipal issuer status, its documents do not disclose a recognized underwriter in the municipal market supporting such an unusually large bond offering.  We have never seen such an underwriter or placement manager based in the United Kingdom or outside the United States involved with a U.S. municipal bond offering.   We would also like some clarification on how some of the issues raised by GIFDA, such as the Trust Indenture Act and Alabama state resolutions with no corresponding legislation or state funding of note, are in any way relevant to the offering or CGS's decision.

We look forward to having a teleconference on September 30 to discuss these issues.

Thank you,

**Jeffrey L. Mitnick**
SVP, Assistant General Counsel

FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com

---

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Wednesday, September 24, 2025 8:00 AM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@DOC.GOV>
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

---

**Proposed CGS/FactSet - GIFDA Agenda for 20-MinuteTeleconference**

1).  Opening and Confirmation of Eligibility (**Minutes 0-5**): Affirmation by CGS/FactSet counsel of GIFDA's status as a qualified issuer of AA-rated municipal revenue bonds, as evidenced by the Master Trust Indenture dated March 6, 2025, and supporting legislative resolutions (Alabama House Joint Resolution HJR 459 and Senate Joint Resolution SJR 56). Immediate acknowledgment that the prior ineligibility determination lacks substantive basis and must be vacated forthwith.

2). Review and Approval of Specific CUSIP Application (**Minutes 5-10**): Direct examination and unconditional approval of CUSIP Request ID: 0322850196, submitted on March 22, 2025, by Mohammad Khan on behalf of Global Infrastructure Finance & Development Authority Inc., for the issuer described as "Film Arts Culture and Tourism Specialist Inc and the Central Pennsylvania" and issue described as "Dauphin County Film Arts & Culture Revenue Bond." CGS shall confirm assignment of identifiers, recognizing their critical role in facilitating portfolio management, trade efficiency, and market pricing as delineated in CGS guidelines.

3). Submission and Satisfaction of Requirements (**Minutes 10-15**): Verification that all requisite documentation, including the DTC Blanket Issuer Letter of Representations dated November 21, 2024, and the Agreement Appointing Securities Transfer Corporation as Transfer Agent and Registrar dated November 8, 2024, satisfies CGS criteria. Establishment of an irrevocable commitment for immediate processing and issuance of CUSIP identifiers upon conclusion of the call.

4). Closure and Affirmation of No Further Issues (**Minutes 15-20**): Mutual stipulation that the CUSIP impasse is resolved in full, with no outstanding impediments to assignment. Execution of a binding minute entry or memorandum of understanding affirming the foregoing, to preclude any subsequent dilatory tactics or unwarranted denials.

_____

**This agenda is predicated upon GIFDA's unassailable eligibility for CUSIP assignment under the Trust Indenture Act of 1939 (15 U.S.C. §§ 77aaa–**

**77bbbb), Municipal Securities Rule-making Board Rule G-34, and CUSIP Global Services' ("CGS") established protocols for municipal revenue bonds issued by Section 501(c)(3) nonprofit entities. Any deviation from this agenda shall be deemed a breach of good faith negotiations, potentially constituting dilatory conduct subject to judicial scrutiny for abuse of monopolistic authority under Section 2 of the Sherman Act (15 U.S.C. § 2).**

Best,

/s/ Todd

## Todd A. White

**Managing Partner**
**Federal Government Affairs**
**Rulon & White Governance**
**Strategies et al LLC**
**1717 K Street NW, Suite #900**
**Washington, DC 20006**
**www.rulonwhite.com**
**(C) 202.709-7439**
**(F) 202.505-5405**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Sep 23, 2025, at 08:00, Todd White <twhite@rulonwhite.com> wrote:

<u>Via Electronic mail</u>

September 23, 2025

Jeffrey L. Mitnick
SVP, Assistant General Counsel
CGS/FactSet
90 Park Avenue
New York, NY 10017

Dear Mr. Mitnick:

We acknowledge receipt of your email dated September 17, 2025, proposing an attorneys-only call to discuss the ongoing matter of CUSIP identifier assignment for GIFDA's $40,000,000,000 AA-rated Revenue Bonds issuance. GIFDA remains committed to an amicable resolution and appreciates the opportunity for counsel engagement, consistent with the productive dialogue during our July 30, 2025, conference call.

To ensure the call is focused, efficient, and conducive to prompt resolution—thereby avoiding unnecessary delays in this time-sensitive issuance—we propose the following pre-meeting requirements as a condition precedent to scheduling. These steps are essential to set a clear tone and scope, aligning with established principles of fair dealing and procedural transparency under the Trust Indenture Act of 1939 and Municipal Securities Rulemaking Board Rule G-34. Attached hereto is a Pre-Meeting Memorandum on behalf of GIFDA, which outlines our position, demands prior disclosure of the specific grounds for CGS/Facset's ineligibility determination, and proposes a structured agenda with time-bound outcomes. We request that you review this memorandum and confirm in writing, preferred by September 25, 2025, your agreement to its framework, including provision of the requested disclosures at least 48 hours prior to any call. This preemptive measure will facilitate meaningful progress and mitigate risks of protracted discussions.

Regarding GIFDA's counsel, the call on our side should include myself, as Managing Partner of Rulon & White Governance Strategies (serving with strategic counsel to GIFDA), and a representative from Resnick & Louis, P.C., GIFDA's tax and regulatory counsel (to be confirmed).

Subject to your timely confirmation of the Pre-Meeting Memorandum's terms, we propose the following availability for a twenty-minute call next week (all times Eastern):

1. Monday, September 29, 2025: 10:00 AM or 2:00 PM

2. Tuesday, September 30, 2025: 11:00 AM or 2:00 PM

Please advise of your preferred slot and confirm adherence to the outlined pre-meeting requirements. GIFDA looks forward to a constructive dialogue that expeditiously resolves this matter.

Best,

/s/ Todd

**Todd A. White**

Managing Partner
Federal Government Affairs
Rulon & White Governance
Strategies et al LLC
1717 K Street NW, Suite #900
Washington, DC 20006
www.rulonwhite.com
(C) 202.709-7439
(F) 202.505-5405

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Sep 19, 2025, at 09:55, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,

We are in receipt of your email from Wednesday September 17th regarding CUSIP Global Services and your client GIFDA.   We would like to schedule a lawyers only call next week with the hope of resolving this issue in an amicable fashion.

Can you kindly send us some dates/times for next week, along with information regarding GIFDA's counsel?

On our side, it will be me and Jona Kim, Associate General Counsel of FactSet. Going forward, please direct all communications regarding this matter to us as counsel for FactSet/CGS.

Best,

**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com

---

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Wednesday, September 17, 2025 4:57 PM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Howard Lutnick <HWL.SECY@doc.gov>; Chair@sec.gov; pierre.yared@cea.eop.gov; emily.c.aldmon@eop.who.gov; r.choiniere@gifda.com; cmurphy@rlattorneys.com; Scott Preiss <scott.preiss@cusip.com>; Gerard Faulkner <gerard.faulkner@cusip.com>

**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024 - Immedi...

---

 I write on behalf of Global Infrastructure Finance & Development Authority, Inc. ("GIFDA"), a Pennsylvania nonprofit corporation duly organized and exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code"), in my capacity as Managing Partner of Rulon & White Governance Strategies. This correspondence formally disputes the determination conveyed in Mr. Scott J. Preiss's letter dated September 16, 2025, wherein CUSIP Global Services ("CGS") concluded that GIFDA's application for assignment of CUSIP identifiers to its $40,000,000,000 AA-rated Revenue Bonds issuance (structured in eight tranches of $5,000,000,000 each, with the inaugural Series 1-2025 dated August 1, 2025) remains ineligible. Pursuant to the Trust Indenture Act of 1939 (15 U.S.C. §§ 77aaa–77bbbb) (the "1939 Act"), Municipal Securities Rulemaking Board ("MSRB") Rule G-34, and established industry practices, we assert that this determination is arbitrary, capricious, and prejudicial devoid of substantive justification, warranting immediate reconsideration.

In accordance with Mr. Preiss's directive, we direct this matter to your attention as CGS Counsel, while expressly rejecting the assertion that dialogue on this issue is

"officially closed." Such unilateral closure contravenes principles of due process and fair dealing implicit in CGS's role as the de facto monopolistic provider of securities identifiers in the United States financial markets, as evidenced by ongoing antitrust litigation under Section 2 of the Sherman Act (15 U.S.C. § 2) challenging CGS's practices. Absent a transparent and reasoned basis for denial, GIFDA reserves all rights to pursue remedies, including but not limited to judicial review for abuse of discretion or anticompetitive conduct. Enclosed herewith are the Agreement Appointing Securities Transfer Corporation as Transfer Agent and Registrar, dated November 8, 2024, and the Depository Trust Company ("DTC") Blanket Issuer Letter of Representations, dated November 21, 2024, which affirm GIFDA's compliance with post-issuance settlement protocols and underscore the propriety of CUSIP assignment as a prerequisite thereto.

**I. Legal Basis for GIFDA's Eligibility as a Qualified Issuer of Municipal Revenue Bonds**

GIFDA's bonds constitute qualified 501(c)(3) bonds under Section 145 of the Code, eligible for tax-exempt status and, by extension, CUSIP assignment as municipal securities. 3As a 501(c)(3) organization, GIFDA is authorized to issue revenue bonds for facilities serving exempt purposes, including infrastructure development aligned with public-benefit initiatives such as those under Alabama House Joint Resolution HJR 459, Senate

Joint Resolution SJR 56, and the Infrastructure Investment and Jobs Act (Pub. L. No. 117-58). The bonds satisfy the private business use test and ownership requirements of Section 145(a), with proceeds dedicated to acquisition, construction, and operation of public infrastructure, thereby qualifying as municipal securities under MSRB definitions.

CGS's services explicitly encompass assignment of identifiers to municipal securities, including those issued by nonprofit entities for charitable and public purposes. <u>Precedents abound:</u> analogous infrastructure finance authorities, such as the City and County of San Francisco Infrastructure and Revitalization Financing District and the Los Angeles County Public Works Financing Authority, routinely receive CUSIP assignments for their revenue bonds. Similarly, the Texas Public Finance Authority and California Pollution Control Financing Authority have secured CUSIPs for comparable issuances.  These examples illustrate that nonprofit issuers like GIFDA, operating under state sponsorship and federal alignment, are standard recipients of CUSIP identifiers. Denial in this instance lacks precedential support and appears discriminatory, potentially violating equal protection principles or constituting an unreasonable restraint on trade.

Moreover, even if construed as commencing via private placement, the bonds qualify for Private Placement Note ("PPN") identifiers, which CGS assigns to non-public debt instruments, including those

held by institutional investors. 31 MSRB Rule G-34 mandates CUSIP assignment for most new municipal issues to facilitate market transparency and DTC eligibility, with voluntary assignment available for private placements to enable tracking and resale. 23GIFDA's DTC Blanket Issuer Letter of Representations confirms compliance with DTC rules, rendering CUSIP assignment not merely permissible but essential for seamless integration into book-entry systems.

## II. Procedural Deficiencies in CGS's Determination and Closure of Dialogue

CGS's conclusory assertion of ineligibility, following "significant internal eligibility review" and "relevant external discussions," fails to articulate specific grounds for denial, thereby depriving GIFDA of notice and opportunity to respond as required under basic tenets of administrative fairness. Such opacity contravenes the 1939 Act's emphasis on transparent trust indenture practices and MSRB's regulatory framework promoting equitable access to market infrastructure. The absence of detailed justification—e.g., whether predicated on purported non-municipal status, private placement structure, or other criteria—renders the decision arbitrary and capricious, susceptible to challenge under the Administrative Procedure Act (5 U.S.C. §§ 551 et seq.) if CGS is deemed to exercise quasi-governmental authority, or alternatively, as an abuse of monopoly power under antitrust laws.

Recent federal court rulings in class-action suits against CGS,

including denials of motions to dismiss under the Sherman Act, affirm that CGS's monopolistic control over identifiers is subject to judicial scrutiny for anticompetitive practices. These precedents underscore that denials of access, absent legitimate and disclosed rationale, may constitute unlawful exclusionary conduct. Furthermore, the "unprecedented amount of time and resources" expended by CGS does not justify closure; rather, it highlights the need for resolution through reasoned adjudication, not summary dismissal.

### III. Requested Relief and Pathway Forward

GIFDA demands that CGS furnish, within three (3) days of this letter, a comprehensive written explanation of the ineligibility determination, including citations to applicable policies, statutes, or precedents. Concurrently, we request reconsideration and prompt assignment of CUSIP identifiers to the tranches, consistent with GIFDA's qualifications under Sections 145 and 501(c)(3) of the Code. Should CGS persist in denial without substantiation, GIFDA will pursue all available remedies, including initiation of litigation for declaratory judgment, injunctive relief, and damages arising from market exclusion.

To facilitate immediate resolution, please propose an outline for corrective action. We can be contacted directly at (202)709-7439 or twhite@rulonwhite.com.

Respectfully submitted,

/s/ Todd White

**Todd A. White**

**Managing Partner**
**Federal Government Affairs**
**Rulon & White Governance**
**Strategies et al LLC**
**1717 K Street NW, Suite #900**
**Washington, DC 20006**
**www.rulonwhite.com**
**(C) 202.709-7439**
**(F) 202.505-5405**

**This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

External E-Mail

Annexure:

1. Municipal Revenue-Backed US Domestic
    Bond Subscription Agreement (dated
    November 22, 2024)

1. DTC Blanket Issuer Letter of Representations (dated November 21, 2024)

3. Master Trust Indenture (dated March 6, 2025)

4. Master Trust Indenture (dated August 1, 2025)

5. Prior Correspondence with CGS (including letters dated August 16, 2025, and August 20, 2025)

**Memorandum**: Treasury Secretary Scott Bessent

**Memorandum**:  Interim Comptroller of the Currency
                    Rodney E. Hood

On Sep 16, 2025, at 15:57, Scott Preiss <scott.preiss@cusip.com> wrote:

Dear Mr. White:

Following a period of significant internal eligibility

review, as well as relevant external discussions, CUSIP Global Services ("CGS") has concluded that the ("GIFDA") application for CUSIP identifier assignment remains ineligible.  As this matter has taken an unprecedented amount of time and resources at CGS during the multiple application requests, I hope you consider this dialogue officially closed. In the event this is not the case, please send any future correspondence to the attention of our CGS Counsel, Mr. Jeffrey Mitnick, copied here.

Sincerely,

Scott Preiss

**Scott J. Preiss
Senior Vice President, Global Head
CUSIP Global Services
Operated for the American Bankers Association by FactSet Research Systems Inc.**
scott.preiss@cusip.com

90 Park Avenue, 10th Fl.
New York, N.Y. 10016
Mobile: 646-645-3608
Main: 1-877-287-4737
<image001.png>

LinkedIn / YouTube / Twitter

---

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Thursday, August 28, 2025 9:39 PM
**To:** Scott Preiss <scott.preiss@cusip.com>
**Cc:** Gerard Faulkner <gerard.faulkner@cusip.com>; Jeffrey Mitnick <jeffrey.mitnick@factset.com>; Matt Bastian <matthew.bastian@cusip.com>; r.choiniere@gifda.com; mfayaz@amhsr.com; cmurphy@rlattorneys.com; jmesser@mlgfirm.com; Tab Stewart <tstewart@aba.com>; Vinny DeCarluccio <vinny.decarluccio@cusip.com>
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance

Dear Mr. Preiss-

I appreciate your acknowledgment of my recent correspondence regarding CUSIP Global Services (CGS) dated August 25th. I understand that CGS is currently involved in several internal and external discussions concerning this matter. I look forward to your updates as soon as you have further significant information to convey.

Thank you for your attention to this matter.

Sincerely,

/s/ Todd White

## Todd A. White

**Managing Partner**
**Federal Government Affairs**
**Rulon & White Governance**
**Strategies et al LLC**
**1717 K Street NW, Suite #900**
**Washington, DC 20006**
**www.rulonwhite.com**
**(C) 202.709-7439**
**(F) 202.505-5405**

**This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

External E-Mail

On Aug 25, 2025, at 10:12, Scott Preiss <scott.preiss@cusip.com> wrote:

Dear Mr. White-

I am acknowledging receipt of your latest approach to CUSIP Global Services (CGS) dated August 20th. CGS is engaging in a number of internal and external meetings related to this matter, and will circle back to you when we have additional, meaningful information to share.

Sincerely-
Scott Preiss

**Scott J. Preiss**
**Senior Vice**
**President,**
**Global Head**
**CUSIP Global**
**Services**
**Operated for the**
**American**
**Bankers**
**Association by**
**FactSet**
**Research**
**Systems Inc.**
scott.preiss@cusip.com

90 Park Avenue, 10th Fl.
New York, N.Y. 10016
Mobile: 646-645-3608
Main: 1-877-287-4737
<image001.png>

LinkedIn /
YouTube / Twitter

---

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Wednesday, August 20, 2025 11:01 AM
**To:** Scott Preiss <scott.preiss@cusip.com>
**Cc:** Gerard Faulkner <gerard.faulkner@cusip.com>; Jeffrey Mitnick <jeffrey.mitnick@factset.com>; Matt Bastian <matthew.bastian@cusip.com>; r.choiniere@gifda.com; mfayaz@amhsr.com; cmurphy@rlattorneys.com; jmesser@mlgfirm.com; Tab Stewart <tstewart@aba.com>; rnichols@aba.com
**Subject:** Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance

---