# EXHIBIT 6

**From:** louis.king <louis.king@firstbostongroup.com>
**Sent:** Wednesday, October 22, 2025 6:21 PM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>; Todd White <twhite@rulonwhite.com>
**Cc:** Jona Kim <jona.kim@factset.com>; r.choiniere@gifda.com <r.choiniere@gifda.com>; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>; John Messer <jmesser@mlgfirm.com>; monica.nascimento@firstbostongroup.com <monica.nascimento@firstbostongroup.com>
**Subject:** RE: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

Dear All,

We are looking forward to the call tomorrow but I think that there has been one or two misunderstandings or miscommunications which is necessary to be corrected before tomorrow's call. The issues are hereby set out are as follows:

1.) The GIFDA bond according to the offering document is structured as a 144a Private Placement issuance. A 144a Private Placement structured bond cannot be underwritten by any US Registered Broker Dealer according to current US securities law it can only be directly placed but not underwritten there is a fine line between the two.

2.) Since the GIFDA Bond structured as a 144a Private Placement Bond issuance cannot be underwritten by law it is therefore a fundamental error to suggest, imply or hold that First Boston is a position to underwrite a bond which by law cannot underwritten, it is a contradiction in terms to so infer. It is like a person wanting to run to be elected as the Prime Minister of the United States of America. Irrespective of how ambitious he or she will never succeed because US elects Presidents and not Prime Ministers, Therefore to suggest or hold that First Boston is expected to be an Underwriter to the GIFDA Bond which is a 144a Private Placement Bond issuance which cannot be underwritten by law is similar to Prime Minister analogy as a result a fundamentally flawed proposition.

3.) First Boston has never suggested that it is licensed underwriter of bonds of any category in the US Markets therefore we do not know how or where that misinformation originated from. A vital correction of facts needs to be made which is that First Boston does not underwrite US Bonds, First Boston has never applied to FINRA or SEC or MRSB to be an underwriter of US Bonds therefore does not hold such licenses. First Boston has never and does not intend to put itself forward as an underwriter of US Bonds.

4.) GIFDA offered these bonds to us bonds that were ready for purchase, no information was given to us about CUSIP number assignment refusal by CGS. W only discovered much later that CGS was refusing to assign CUSIP number to GIFDA which seemed odd to me because I had never heard of an issuer refused a CUSIP number assignment by CGS.

Hopefully this brief information will help streamline our conversation tomorrow

Kindest regards

Louis King   |  Managing Director

First Boston Global Custody and Trust Company
One Canada Square, Canary Wharf, London E14 5AB United Kingdom
Tel +44 (0)20 3287 4846 | Fax +44 (0)20 3551 6116 | Mobile +44 (0)7846 734 030

On 10/21/2025 9:50 AM EDT Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,

Thanks for your email.  We will circulate a Teams invitation to the participants below.  As per our prior request, can you kindly provide us with information prior to the call regarding First Boston's MSRB, SEC and FINRA registrations as an underwriter in the US market?
Thanks

**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com

---

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Monday, October 20, 2025 7:42 PM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>; John Messer <jmesser@mlgfirm.com>;

monica.nascimento@firstbostongroup.com; louis.king@firstbostongroup.com

**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

Dear Mr. Mittick:

This memorandum serves to confirm receipt of your response regarding the conference scheduled for Thursday, October 23, 2025, at 2:00 p.m. Eastern Standard Time. We hereby confirm the aforementioned time and date.

We anticipate a productive and constructive meeting.

The participants for the conference are as follows:

- louis.king@firstbostongroup.com

- jmesser@mlgfirm.com

- cmurphy@rlattorneys.com

- monica.nascimento@firstbostongroup.com

- twhite@rulonwhite.com

Should you require any further information, please do not hesitate to contact us.

Thanks,

/s/ Todd White

**Todd A. White**

Managing Partner
Federal Government Affairs
Rulon & White Governance
Strategies et al LLC
1717 K Street NW, Suite #900
Washington, DC 20006
www.rulonwhite.com
(C) 202.709-7439
(F) 202.505-5405

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Oct 14, 2025, at 14:47, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,
Thanks for your email.  We are available at either time on October 23rd.
Thanks

**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com

---

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Monday, October 13, 2025 8:00 AM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>; John Messer <jmesser@mlgfirm.com>; monica.nascimento@firstbostongroup.com
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

Dear Mr. Mitnick:

Thank you for your email regarding availability. Due to scheduling challenges on the proposed dates of October 16 and 17, 2025—arising from the participation of one to three additional in-house bond counsel representatives with First Boston Global Custody and Trust Company—we respectfully propose alternative dates of **October 23 or 24, 2025,** at either **11:00 AM or 2:00 PM Eastern Standard Time.** These revised times will accommodate our parties

and facilitate conclusive clarity on First Boston's MSRB, SEC, and FINRA registrations as a U.S. market underwriter.

Please confirm availability on the preferred revised dates forthwith.

Thanks,

/s/ Todd White

**Todd A. White**

**Managing Partner**
**Federal Government Affairs**
**Rulon & White Governance**
**Strategies et al LLC**
**1717 K Street NW, Suite #900**
**Washington, DC 20006**
**www.rulonwhite.com**
**(C) 202.709-7439**
**(F) 202.505-5405**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Oct 8, 2025, at 18:52, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,

Thank you for getting back to us.  We don't have availability on Thursday or Friday this week at your proposed times.  We're available at your preferred times next Thursday (Oct.  16).  Please confirm that day works and we'll circulate an invite.

In the meantime, we'd appreciate Ms. Nascimento directing us to First Boston's MSRB, SEC and FINRA registrations as an underwriter in the US market.

Please provide this information as soon as possible before our next call.

Thanks


**Jeffrey L. Mitnick**
SVP, Assistant General Counsel
FactSet
90 Park Avenue
New York, N.Y.  10017
917-940-6033
Jeffrey.mitnick@factset.com

---

**From:** Todd White <twhite@rulonwhite.com>
**Sent:** Tuesday, October 7, 2025 4:56 PM
**To:** Jeffrey Mitnick <jeffrey.mitnick@factset.com>
**Cc:** Jona Kim <jona.kim@factset.com>; pierre.yared@cea.eop.gov; r.choiniere@gifda.com; emily.c.aldmon@eop.who.gov; Christopher L. Murphy <cmurphy@rlattorneys.com>; Howard Lutnick <HWL.SECY@doc.gov>; John Messer <jmesser@mlgfirm.com>; monica.nascimento@firstbostongroup.com
**Subject:** Re: Follow-Up to July 30, 2025 11:00 am Meeting – Request to Reconsider and Overturn Rejection of CUSIP Assignment for Global Infrastructure Finance & Development Authority, Inc. ("GIFDA") Revenue Bonds Issuance Justification -blocked 11/8/2024.

---

Dear Mr. Mitnick:


Good Afternoon:

As a follow-up to the conferred recommendation by CGS/FactSet during our September 30, 2025, 2:00 PM Eastern Standard Time teleconference, which addressed questions pertaining to the inclusion of GIFDA's underwriter, First Boston Global Custody and Trust Company, GIFDA proposes scheduling the continued attorneys-teleconference on either Thursday, yet preferred on Friday, October 10, 2025, at either 10:00 AM or 11:00 AM Eastern Standard Time, to accommodate all participants' availability. Please feel free to establish the teleconference with the following attendees:

- **Christopher L. Murphy**, Esquire (General Counsel to GIFDA),

  cmurphy@rlattorneys.com
- **John Messer, Esquire** (External Bond Counsel), jmesser@mlgfirm.com
- **Monica Nascimento**, Esquire (Bond Counsel to First Boston Global Custody and Trust Company),

  monica.nascimento@firstbostongroup.com
- **Todd White** (Managing Partner, Rulon & White Governance Strategies,

  twhite@rulonwhite.com

Please confirm your availability and preferred time forthwith. GIFDA and First Boston Bond Counsel, anticipates productive engagement to finalize this matter.


Thank you,


/s/ Todd White


**Todd A. White**

**Managing Partner**
**Federal Government Affairs**
**Rulon & White Governance**
**Strategies et al LLC**
**1717 K Street NW, Suite #900**
**Washington, DC 20006**
**www.rulonwhite.com**
**(C) 202.709-7439**
**(F) 202.505-5405**

**This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

External E-Mail


On Sep 29, 2025, at 16:58, Todd White <twhite@rulonwhite.com> wrote:

Dear Mr. Mitnick,

Thank you for your email. We affirmatively accept the proposed meeting tomorrow afternoon as a polite preventive pre-litigation measure to address this matter. In place of your assertion " the meeting cannot have any pre-meeting requirements. — We'll listen. Please find below the contact information for GIFDA's external legal counsel:

**POC:**

Christopher Murphy _
cmurphy@rlattorneys.com
Todd White            _ twhite@rulonwhite.com

Thank you.

/s/ Todd White

**Todd A. White**

Managing Partner
Federal Government Affairs
Rulon & White Governance
Strategies et al LLC
1717 K Street NW, Suite #900
Washington, DC 20006
www.rulonwhite.com
(C) 202.709-7439
(F) 202.505-5405

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

External E-Mail

On Sep 29, 2025, at 15:52, Jeffrey Mitnick <jeffrey.mitnick@factset.com> wrote:

Dear Mr. White,