# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLOBAL INFRASTRUCTURE, FINANCE AND DEVELOPMENT AUTHORITY INC.,** | : | **CIVIL ACTION NO. 1:26-CV-495** |
| | : | |
| | : | **(Judge Neary)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CUSIP GLOBAL SERVICES and FACTSET RESEARCH SYSTEMS INC.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of April, 2026, upon consideration of the motion (Doc. 23) to dismiss filed by Defendants, and further upon consideration of the amended complaint (Doc. 31) filed by Plaintiff, and the court observing that an amended pleading, unless it "specifically refers to or adopts the earlier pleading," supersedes the original as the operative pleading for the lawsuit, W. Run Student Hous. Assocs., LLC v. Huntington Nat'l Bank, 712 F.3d 165, 171 (3d Cir. 2013) (quoting New Rock Asset Partners, L.P. v. Preferred Entity Advancements, Inc., 101 F.3d 1492, 1504 (3d Cir. 1996)); see also 6 CHARLES ALAN WRIGHT AND ARTHUR R. MILLER, ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2018), and the court thus finding that the amended complaint renders the original complaint a legal nullity, it is hereby ORDERED that Defendants' motion (Doc. 23) to dismiss the complaint (Doc. 1) is DENIED as moot and without prejudice.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania